1004

THE STATE OF WASHINGTON, *Respondent*, v. KHAMPHOU
VONGPHACHAK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00958–2, George T. Mattson, J., entered
July 26, 1985. *Affirmed* by unpublished opinion per Schol-
field, C.J., concurred in by Ringold and Pekelis, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JORGE
GARCIA–VELIZ, ET AL, *Defendants*, PEDRO
TORRES–VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02156–4, Arthur E. Piehler, J., entered
October 21, 1985. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Webster, JJ.

JEREMIAH A. MUHAMMAD, *as Personal Representative*,
*Appellant*, v. CARL LEE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 82–2–09667–9, Herbert M. Stephens, J.,
entered December 14, 1984. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Grosse and Pekelis,
JJ.

RHONDA GRAY, *Appellant*, v. KERRY D. GROHS,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 84–2–00199–3, Alan R. Hallowell, J.,
entered March 8, 1985. *Reversed* by unpublished opinion
per Reed, C.J., concurred in by Petrich and Alexander, JJ.